# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:17-cr-00148-LJO-SKO-1 |
| Plaintiff-Respondent, | **SCHEDULING ORDER RE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (ECF No. 21)** |
| v. | |
| **RUBEN BARAJAS-GUERRERO,** | |
| Defendant-Petitioner. | |

On July 26, 2018, Petitioner Ruben Barajas-Guerrero filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 21. The Court has reviewed Petitioner's motion and believes that its decision-making would be aided by the filing of a response by the Government. Accordingly, the Government shall have until **Monday, November 26, 2018**, to file any opposition, and Petitioner shall have until **Friday, January 25, 2019**, to file a reply.

IT IS SO ORDERED.

   Dated: **September 28, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1