# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:17-cr-00148-LJO-SKO-1 |
| Plaintiff-Respondent, | **ORDER GRANTING 30-DAY EXTENSION RE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** |
| v. | |
| **RUBEN BARAJAS-GUERRERO,** | |
| Defendant-Petitioner. | |
| | **(ECF No. 31)** |

On July 26, 2018, Petitioner Ruben Barajas-Guerrero filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 21. In a scheduling order, the Court set November 26, 2018, as the deadline for the Government's opposition and January 25, 2019, as the deadline for Petitioner's reply in support of his motion. ECF No. 22.

On December 4, 2018, after the Government timely filed its opposition, the Court granted Petitioner's request for transcripts of his change-of-plea hearing and his sentencing hearing. ECF No. 30. On January 23, 2019, two days before the deadline to file the reply, Petitioner prepared a motion for a 30-day extension of time, citing the "unforeseen partial government shutdown that has resulted in numerous delays on receiving both access to legal research as well as certain discovery" relating to the Petition. ECF No. 31 at 1. The motion was received and filed by the Clerk of Court on January 28, 2019.

Good cause having been shown, the request is **GRANTED**. Petitioner's reply in support of his motion to vacate, set aside, or reduce his sentence is due **Thursday, February 28, 2019**.

1

Petitioner is cautioned that the Court will not entertain any further requests for extensions of time.

IT IS SO ORDERED.

Dated: **January 29, 2019**           /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE