Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Ruben Barajas-Guerrero

## IN THE UNITED STATES DISTRICT COURT IN AND FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-cr-00148 NONE-SKO-1 |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| RUBEN BARAJAS-GUERRERO, | ) | |
| | ) | (Doc. No. 38) |
| Defendant. | ) | |
| _____ | ) | (Local Rule 141) |

The court has received the Notice of Request to Seal Documents and Request to Seal

Documents of Defendant RUBEN BARAJAS-GUERRERO.  Good cause appearing, the

documents captioned Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4 and Exhibit 6 to Defendant

Barajas-Guerrero's Motion to Reduce Sentence, attached as Exhibit "A" to the Request to Seal

Documents, are ordered sealed and shall be filed and maintained under seal pending further order

of this court of the order of any higher court having jurisdiction over the matter.


IT IS SO ORDERED.

Dated: March 15. 2021

_____
UNITED STATES DISTRICT JUDGE

Order Authorizing The Filing Of Documents Under Seal; *US v. Barajas-Guerrero,*  Case No.
1:17-cr-148 NONE