PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:17-CR-00148-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| RUBEN BARAJAS-GUERRERO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.　The defendant filed a motion for compassionate release on March 15, 2021. Docket No. 37. Pursuant to Local Rule, the government's response is due on March 22, 2021, with any reply from the defendant due on March 25, 2021.

2.　Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.　Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

　　a)　The government's response to the defendant's motion to be filed on or before March 31, 2021;

b) The defendant's reply to the government's response to be filed on or before April 7, 2021.

IT IS SO STIPULATED.

| Dated: March 22, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
| | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: March 22, 2021 | /s/ BENJAMIN RAMOS<br>CAROLYN PHILLIPS<br>Counsel for Defendant<br>RUBEN BARAJAS-GUERRERO |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 37, is due on or before March 31, 2021;

b) The defendant's reply to the government's response, if any, is due on April 7, 2021.

IT IS SO ORDERED.

Dated: __**March 23, 2021**__

UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE         2