# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN BARAJAS-GUERRERO,<br><br>    Defendant. | **Case No. 1:17-cr-00148-JLT-SKO-1**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>**(Doc. 48)** |

Pending before the Court is Ruben Barajas-Guerrero's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). For the reasons explained below, the motion is **DENIED**.

Defendant pleaded guilty to one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) on September 25, 2017. (Docs. 7, 12, 14.) On December 18, 2017, the Court imposed a sentence of 262 months incarceration with a 60-month term of supervised release to follow. (Docs. 17, 18.) Defendant is currently serving his sentence at the Federal Correctional Institution in Lompoc, California. *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited July 7, 2022).

On March 15, 2021, Defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 37.) The Court denied this motion on May 7, 2021. (Doc. 47.)

On November 5, 2021, Defendant filed a one-page motion in which he in which he "ask[s] for [compassionate] release pursuant to [18 U.S.C. § 3582(c)(1)(A)]," and requests for "the court

to appoint a public defender to assist me with this compassionate release." (Doc. 48 at 1.)

As to Defendant's request for counsel, the Court appointed counsel pursuant to Eastern District of California General Order 595 in connection with Defendant's initial motion for compassionate release. (Doc. 36.) However, following denial of that motion, his counsel withdrew from the representation having determined not to file a successive compassionate release motion. (Doc. 49.) Given these circumstances, the Court finds no basis for the re-appointment of counsel to assist with Defendant's successive motion.

To the extent Defendant's filing is an attempt to request compassionate release on the merits, it lacks justification for relief. In an apparent email to the warden of Lompoc F.C.I. attached to the motion, Defendant attacks the validity of his conviction and sentence. However, nowhere in his motion or attachment does Defendant state any facts that would demonstrate circumstances warranting release under 18 U.S.C. § 3582(c)(1), let alone any arguments not already addressed in the Court's prior order denying compassionate release. Because Barajas-Guerrero has not carried his burden in demonstrating that compassionate release is warranted his motion is DENIED.

IT IS SO ORDERED.

Dated:   **July 12, 2022**

_____
UNITED STATES DISTRICT JUDGE