PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00148-JLT-SKO |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| RUBEN BARAJAS-GUERRERO, | |
| Defendant. | |

On November 3, 2022, the Government requested an extension of time to December 2, 2022, to file its response to the defendant's compassionate release motion. (Doc. 54.)

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due December 2, 2022. In the interest of fairness, thereafter Defendant Barajas-Guerrero will have until December 30, 2022 to file a reply.

IT IS SO ORDERED.

Dated:  **November 8, 2022**

UNITED STATES DISTRICT JUDGE

1